AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
7/16/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority Mail Tracking Number 9505516195491194515191 postmarked July 13, 2021

Case No. 3:21MJ260

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package 9505516195491194515191, addressed to M. Wilson, 1655 Hillside Ave, Springfield, OH 45503, with a return address of Pixie Toys, 3914 Atlantic Ave, Long Beach, CA 90807

located in the **Southern** District of **Ohio**, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances throught the U.S. Mails, including moeny and/or monetary instruments to pay for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substance. |
| 21 USC 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brad M. Dorman, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **reliable electronic means** *(specify reliable electronic means)*.

Date: 7/15/21

City and state: Dayton, OH

*Judge's signature*

United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: PRIORITY MAIL PACKAGE TRACKING NUMBER 9505516195491194515191 | Case No. **3:21MJ260** <br><br> **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, **Brad M Dorman**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since August 2017. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the

1

package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3.     On or about July 14, 2021, the United States Postal Inspection Service (USPIS) Los Angeles Division provided information to the USPIS Cincinnati Field Office that they had intercepted two packages inbound for the Dayton, Ohio, area. The packages were mailed at the same time from the same location. Los Angeles Inspectors mailed the two packages to Inspector Dorman. On July 15, 2021, I received both packages. One Package is a Priority Mail medium flat rate box, bearing tracking number 9505516195491194515191, postmarked July 13, 2021, with the following address information:

**Sender**: Pixie Toys
3914 Atlantic Ave
Long Beach, CA 90807

**Addressee**: M. Wilson
1655 Hillside Ave
Springfield, OH 45503

Through training and experience as a Postal Inspector, I know that Southern California is known drug source location.

4.     I performed a check in CLEAR database for the addressee's information on the Package of "M. Wilson, 1655 Hillside Ave, Springfield, OH 45503." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is a "Micah Wilson" associated with 1655 Hillside Ave, Springfield, OH 45503. CLEAR also shows that "Micah Wilson" does have a criminal drug history.

5. I also performed a check in CLEAR for the sender's information listed on the Package of "Pixie Toys, 3914 Atlantic Ave, Long Beach, CA 90807." According to CLEAR, there is a "Pixie Toys" associated with 3914 Atlantic Ave, Long Beach, CA 90807 as "Heather Rasmussen DBA Pixie Toys."

6. On July 15, 2021, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. Prior to conducting the "free air" check, I placed the Package in a room with multiple similar and like packages. As set forth in the attached affidavit of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic or other controlled substance on the Package. "Weston" is a properly trained and certified narcotics-detection canine.

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) known criminal drug history of recipient, (ii) being mailed from a known drug source location, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested to search it for controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments to pay for controlled substances, as these materials would constitute evidence or fruits of a violation of 21 USC s. 841(a)(1) (distribution of controlled substances), 21 USC s. 843(b) (use of a communication facility to facilitate a felony drug offense) and 21 USC s. 846 (conspiracy to distribute controlled substances).

Further, your affiant sayeth naught.

Respectfully submitted,

Brad M Dorman  U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 15 day of July, 2021.

HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **JEREMY STEWART**, am and have been employed by the **DAYTON POLICE DEPARTMENT** since **2014**. Among other duties, I am currently the assigned handler of narcotics detection canine "**WESTON**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On **07/15/2021**, at the request of Postal Inspector **DORMAN**, I responded to the **DAYTON P&DC**, where "**WESTON**" did alert to and indicate upon: [describe item]

**USPS Priority Mail Tracking # 9505 5161 9549 1194 5151 91**

| TO: | M. Wilson | FROM: | Pixie Toys |
|---|---|---|---|
| | 1655 Hillside Ave | | 3914 Atlantic Ave |
| | Springfield, OH 45503 | | Long Beach, CA 90807 |

Which, based upon my training and experience and that of "**WESTON**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____/28948/7-15-21_____
(Signature, Badge #, and Date)

_____7/15/2021_____
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH  45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009